**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JERRY WOODSON,** *et al.***,**

    **Plaintiffs,**

v.                                                           **Case No.  8:12-cv-1084-T-30AEP**

**FLORIDA DEPARTMENT OF**
**AGRICULTURE AND CONSUMER**
**SERVICES,** *et al.***,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' motion for default judgment against all Defendants (Dkt. 6).  Plaintiff Jerry Woodson is proceeding in this case *pro se*. Although his complaint and supplement (Dkts. 1 & 2) are not models of clarity, it appears he is attempting to plead certain constitutional claims against Defendants based on the closure of his businesses, Security Guard School and Investigation, Inc., Woodson Security Company, and Woodson Bail Bonds.  Woodson's motion for leave to proceed in forma pauperis (Dkt. 3) is currently pending before the Magistrate Judge.

Although Plaintiffs now move for default judgments against all Defendants, a review of the docket does not reflect that Plaintiffs effected service against any of the Defendants. Thus, Plaintiffs' motion for default judgment is due to be denied.

It is therefore ORDERED AND ADJUDGED that Plaintiffs' Motion for Default Judgment against All Defendants (Dkt. 6) is hereby DENIED.

**DONE** and **ORDERED** in Tampa, Florida on September 19, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-1084.mtdefault6.frm