**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JERRY WOODSON, et al.,

      Plaintiff(s),

v.                                Case No:  8:12-cv-1084-T-30AEP

FLORIDA DEPARTMENT OF
AGRICULTURE AND CONSUMER
SERVICES, et al.,

      Defendant(s).

_____/

## ORDER

      **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #11). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

      After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

      **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #11) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.    Plaintiff's construed motion for leave to proceed *in forma pauperis* (Dkt. #3) is DENIED.

3.    Plaintiff's Complaint (Dkt. #1) is DISMISSED.

4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 5, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies Furnished to**</u>:
Counsel/Parties of Record

S:\Even\2012\12-cv-1084.adopt 11.wpd